**Order entered September 19, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00714-CR

**LONNIE JACK LEE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-80965-2012**

## ORDER

The Court **GRANTS** appellant's September 17, 2013 motion to extend time to file his brief. We **ORDER** appellant to file his brief within **THIRTY DAYS** of the date of this order.


/s/     DAVID EVANS
          JUSTICE